UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    ALPHONSO LAMONT TAYLOR      BANKRUPTCY NO.: 20-41507-MLO
                                                                CHAPTER 7
                                                                HONORABLE MARIA L. OXHOLM

    DEBTOR
_____/

MARGUERITE HAMMERSCHMIDT (P53908)
Attorney for Debtor
26676 Woodward Ave
Royal Oak, MI 48067
(248) 988-8335

CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000_____/

**MOTION OF SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL AS SERVICER FOR CCAP AUTO LEASE LTD. FOR RELIEF FROM THE AUTOMATIC STAY AND FOR WAIVER OF PROVISIONS OF FRBP 4001(a)(3)**

      Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. ("Creditor"), pursuant to 11 U.S.C. §§ 361-363 and L.B.R. 9014-1 and 4001-1 (E.D.M.), states for its Motion for Relief from the Automatic Stay as follows:

      1.     This Court has jurisdiction over the proceeding pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157.

      2.     On or about February 3, 2020, Alphonso Lamont Taylor filed a Voluntary Petition for Relief under Chapter 7 of the Bankruptcy Code.

1

3. Debtor entered into a Lease Agreement (Exhibit 6) with Creditor, whereby Debtor leased a 2017 Dodge Ram 1500 bearing Vehicle Identification No. 3C6RR7KT4HG524148, from the Creditor.

4. There is an outstanding balance owing to the Creditor under the terms of the Lease Agreement in the amount of $28,338.03.

5. The account is past due for the July 28, 2019, payment for a total past due of $4,813.44.

6. The Creditor has been unable to verify full-coverage insurance on the vehicle.

7. Pursuant to 11 U.S.C. § 362(d)(2), the Debtor has no equity in the vehicle as the vehicle is the property of the Creditor.

8. Concurrence of opposing counsel in the relief sought was requested on February 21, 2020, and no response was received.

9. The proposed Order for Relief from the Automatic Stay is attached as Exhibit 1.

In conclusion, the Creditor respectfully requests the entry of the attached Order for Relief from the Automatic Stay (Exhibit 1).

                                          */s/ Craig S. Schoenherr, Sr.*
                                          CRAIG S. SCHOENHERR, SR. (P32245)
                                          Attorney for Creditor
                                          O'REILLY RANCILIO P.C.
                                          Sterling Town Center
                                          12900 Hall Road, Suite 350
                                          Sterling Heights, MI 48313-1151
                                          (586) 726-1000
                                          ecf@orlaw.com

DATED: February 24, 2020

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    ALPHONSO LAMONT TAYLOR      BANKRUPTCY NO.: 20-41507-MLO
                                                            CHAPTER 7
                                                            HONORABLE MARIA L. OXHOLM

    DEBTOR
_____/

**ORDER FOR RELIEF FROM AUTOMATIC STAY AS TO SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL AS SERVICER FOR CCAP AUTO LEASE LTD.**

Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. ("Creditor"), the owner of the 2017 Dodge Ram 1500 bearing Vehicle Identification Number 3C6RR7KT4HG524148, having filed its Motion for Relief from the Automatic Stay; no parties having filed an objection to the Motion pursuant to the Notice of Motion; the Certificate of No Response having been filed on this Motion:

IT IS ORDERED that:

1) The Automatic Stay of 11 U.S.C. §362(a) is terminated as to the interest of Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. in the 2017 Dodge Ram 1500 bearing Vehicle Identification Number 3C6RR7KT4HG524148.

2) The Creditor is free to pursue its applicable non-bankruptcy remedies with respect to its interest in the subject vehicle.

3) Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived and the Creditor may immediately enforce and implement this Order.

1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    ALPHONSO LAMONT TAYLOR    BANKRUPTCY NO.: 20-41507-MLO
                                                           CHAPTER 7
                                                           HONORABLE MARIA L. OXHOLM

    DEBTOR
_____/

**NOTICE OF MOTION OF SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL AS SERVICER FOR CCAP AUTO LEASE LTD.
FOR RELIEF FROM THE AUTOMATIC STAY**

    Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. has filed papers with the court to terminate the Automatic Stay.

    **Your rights may be affected**.  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

    If you do not want the court to terminate the Automatic Stay, or if you want the court to consider your views on the Motion for Relief from the Automatic Stay within 14 days, you or your attorney must:

    1.    File with the court a written response or an answer, explaining your position, at[1]:

Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, MI  48226

    If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

    You must also mail a copy to:

| | |
|---|---|
| CRAIG S. SCHOENHERR, SR. (P32245) | DOUGLAS ELLMANN |
| Attorney for Creditor | Trustee |
| O'REILLY RANCILIO P.C. | 308 West Huron |
| 12900 Hall Road, Suite 350 | Ann Arbor, MI 48103-4204 |
| Sterling Heights, MI  48313-1151 | |

1

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time, and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Date: February 24, 2020

*/s/ Craig S. Schoenherr, Sr.*
_____
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
ecf@orlaw.com

---

[1]Response or answer must comply with Fed. R. Civ. P. 8(b), (c) and (e)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    ALPHONSO LAMONT TAYLOR    BANKRUPTCY NO.: 20-41507-MLO
                                                       CHAPTER 7
                                                       HONORABLE MARIA L. OXHOLM

    DEBTOR
_____/

MARGUERITE HAMMERSCHMIDT (P53908)
Attorney for Debtor
26676 Woodward Ave
Royal Oak, MI 48067
(248) 988-8335

CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000_____/

**BRIEF IN SUPPORT OF MOTION OF SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL AS SERVICER FOR CCAP AUTO LEASE LTD. FOR RELIEF FROM THE AUTOMATIC STAY**

    The Creditor, in support of its Motion for Relief from the Automatic Stay, relies on 11 U.S.C. §§ 361-363 and L.B.R. 9014-1 and 4001-1 (E.D.M.).

                                                        */s/ Craig S. Schoenherr, Sr.*
                                                        _____
                                                        CRAIG S. SCHOENHERR, SR. (P32245)
                                                       Attorney for Creditor
                                                       O'REILLY RANCILIO P.C.
                                                       Sterling Town Center
                                                       12900 Hall Road, Suite 350
                                                       Sterling Heights, MI 48313-1151
                                                       (586) 726-1000
                                                       ecf@orlaw.com

DATED: February 24, 2020

1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    ALPHONSO LAMONT TAYLOR      BANKRUPTCY NO.: 20-41507-MLO
                                                            CHAPTER 7
                                                            HONORABLE MARIA L. OXHOLM

    DEBTOR
_____/
MARGUERITE HAMMERSCHMIDT (P53908)
Attorney for Debtor
26676 Woodward Ave
Royal Oak, MI 48067
(248) 988-8335

CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000 _____/

**PROOF OF SERVICE OF MOTION OF SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL AS SERVICER FOR CCAP AUTO LEASE LTD. FOR RELIEF FROM AUTOMATIC STAY**

    CRAIG S. SCHOENHERR, SR., being duly sworn, says that on the 24th day of December, 2020, a copy of the Motion for Relief from the Automatic Stay, Brief in Support, Notice of Motion and this Proof of Service was served upon:

        Marguerite Hammerschmidt        Douglas Ellmann
        Attorney for Debtor                  Chapter 7 Trustee
        26676 Woodward Ave              308 West Huron
        Royal Oak, MI 48067              Ann Arbor, MI 48103-4204

                                        Alphonso Lamont Taylor
                                        15525 Woodbine
                                        Redford, MI 48239

1

electronically pursuant to the court notice of service, and to those not electronically registered by placing the documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

        */s/ Craig S. Schoenherr, Sr.*
        _____
        CRAIG S. SCHOENHERR, SR. (P32245)
        Attorney for Creditor
        O'REILLY RANCILIO P.C.
        Sterling Town Center
        12900 Hall Road, Suite 350
        Sterling Heights, MI  48313-1151
        (586) 726-1000
        ecf@orlaw.com

2

20-41507-mlo    Doc 14    Filed 02/24/20    Entered 02/24/20 14:18:54    Page 8 of 8